UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                                        )    CASE NO. MJ 19-056
    Plaintiff, )
                                                        )
    v. )
                                                        )    DETENTION ORDER
MARY L. YELDON, )
                                                        )
    Defendant. )
                                                        )

<u>Offense charged</u>:    Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:    February 7, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is charged by complaint with being a felon in possession of a number of firearms. Defendant has been convicted of five separate felonies in state court. Her

proposed release address is the location from which the firearms were allegedly seized, as well as a large quantity of heroin. Her criminal history, while dated, includes a number of failures to appear, bench warrant activity, absconding from supervision, and supervision noncompliance. She is associated with numerous aliases. Her background information could not be verified.

    2. Defendant poses a risk of nonappearance based on lack of verified background information, history of failing to appear, pending charges, absconding from supervision, aliases, unknown substance abuse history, mental health history, unsuitable release plan, and supervision noncompliance. Defendant poses a risk of danger based on criminal history, unknown substance use history, mental health history, and supervision non-compliance.

    3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of February, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3